UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JOHN H., | : |
| Plaintiff, | : Case No. 3:24-cv-250 |
| v. | : Judge Thomas M. Rose |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : Magistrate Judge Caroline H. Gentry |
| Defendant. | : |

**ENTRY AND ORDER ADOPTING, IN FULL, THE REPORT AND RECOMMENDATION (DOC. NO. 12); OVERRULING PLAINTIFF'S STATEMENT OF SPECIFIC ERRORS (DOC. NO. 8); AFFIRMING DEFENDANT COMMISSIONER'S NON-DISABILITY DETERMINATION; AND, TERMINATING THIS MATTER ON THE COURT'S DOCKET**

This appeal of Defendant Commissioner's non-disability determination is currently before the Court on Magistrate Judge Caroline H. Gentry's Report and Recommendation (Doc. No. 12). Therein, Magistrate Judge Gentry recommends, in pertinent part, that Plaintiff's Statement of Errors (Doc. No. 8) be overruled, Defendant's non-disability finding in the proceedings below be affirmed, and this matter be terminated on the Court's docket. (Doc. No. 12 at PageID 1380-81.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Gentry's Report and Recommendation have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. No. 12), in full.

It is therefore **ORDERED** that:

1

1. Plaintiff's Statement of Errors (Doc. No. 8) is hereby **OVERRULED**;

2. Defendant Commissioner's non-disability finding in the administrative proceedings below is hereby **AFFIRMED**; and,

3. The Clerk is hereby directed to **TERMINATE** this action on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, September 15, 2025.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE